# RAUSA ⚖ RUSSO

Rausa Russo Law, PLLC

**Rausa Russo Law, PLLC**
30 Broad St., 14th Floor
New York, NY 10004

**MEMO ENDORSED**

Carl Rausa, Esq.
Tel/Fax: 914.809.0179
Email: carl.r@rausarusso.com

February 28, 2022

**VIA ECF**
Honorable Judge Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *Najim Hashimi v. Bank of America, N.A. et al.*
              Case No. 7:21-cv-08728-KMK

Dear Judge Kenneth M. Karas,

    This firm represents Plaintiff, Najim Hashimi, in the above-referenced matter. Plaintiff respectfully requests a 14-day adjournment of the initial conference, currently scheduled for Friday, March 4, 2022 at 10:30 a.m.

    Plaintiff has consulted with Defendant Bank of America, N.A., who consents to the extension being sought. This is the first request to adjourn the initial conference. Plaintiff and Bank of America, N.A. have had significant discussions regarding settlement and are close to a potential resolution. The accompanying letter-motion to so-order the request to adjourn the initial conference, through and including, March 18, 2022, is being submitted herewith for the Court's consideration.

    I thank the Court for its time and consideration of the within matter.

Dated: February 28, 2022
       White Plains, New York

Granted. The 3/4/22 conference is adjourned to 3/18/22, at 12:30

So Ordered.
2/28/22

**Rausa Russo Law, PLLC**

By: _____
Carl Rausa, Esq.

cc:    All Counsel of Record (via ECF)